# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MICHAEL J. PISKANIN, JR., | : No. 49 MM 2015 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE AND SECRETARY AND BOARD, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2015, the "Motion to Allow Notice of Appeal *Nunc Pro Tunc*," the Application for Emergency Relief, and the Motion for Imposition of Sanctions are **DENIED**.